✎AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____ARKANSAS_____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| **FREDRICK D. LAW** | Case Number: 4:00CR40010-01 |
| | USM Number: 05889-010 |
| | Robert C. Depper, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s) _____ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| General Condition | New Indictment: Consp. To Dist. Cocaine, Poss. W/I to Distribute Methamphetamine, Distribution of Methamphetamine near a Public School | 5/18/2011 |
| General Condition | Domestic Battery 3rd Degree conviction, Texarkana, AR Dist. Court | 5/5/2011 |
| Special Condition # 1 | Marijuana Use; 6/18/ 2009, 7/28/2009 & 9/2/2010 | 9/2/2010 |

     The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.  The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: ***-**4651 | October 30, 2012 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: **/**/ 1978 | |
| | /S/ Susan O. Hickey |
| | Signature of Judge |
| Defendant's Residence Address: | |
| ********************* | |
| Texarkana, AR 71854 | Honorable Susan O. Hickey, United States District Judge |
| | Name and Title of Judge |
| | October 31, 2012 |
| | Date |
| Defendant's Mailing Address: | |

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: **FREDRICK D. LAW**
CASE NUMBER: 4:00CR40010-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Eighteen (18) Months Imprisonment concurrent to the term of imprisonment in Dkt. No. 4:11CR40037-16, with No Supervised Release to follow in Dkt. Number 4:00CR40010-01.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL